Paul Daniels, Plaintiff-Appellee, v. Ivan Dunahee,
Defendant-Appellant.

Term No. 57–M–7. 

Fourth District.
October 25, 1957.
Released for publication November 12, 1957.

Smith, McCollum & Riggle for defendant-appellant; Willis P. Ryan (Harlan Heller, of counsel) for plaintiff. Opinion by Judge SCHEINEMAN. Not to be published in full.